UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.  04-3004 (RHK/AJB)

PATRICK J. SHEEHAN AND JOY SHEEHAN,
husband and wife,

        Plaintiffs,

        vs.

AMB PROPERTY, L.P., SHAW-LUNDQUIST,
CDR, A & K EQUIPMENT COMPANY,
KEHNE ELECTRIC, ASI INDUSTRIAL DOOR
COMPANY,

        Defendants,               **ORDER OF DISMISSAL**
                                          **OF THIRD-PARTY COMPLAINT**

and

A & K EQUIPMENT COMPANY,

        Third-Party Plaintiff,

        vs.

LOADING DOCK SPECIALISTS, INC.,
PETE'S REPAIR, INC.,

        Third-Party Defendants,

and

SHAW-LUNDQUIST ASSOCIATES, INC.,

        Third-Party Plaintiff,

        vs.

LOADING DOCK SPECIALISTS, INC.,
PETE'S REPAIR, INC., THE UNITED
STATES OF AMERICA,

        Third-Party Defendants.

Pursuant to the Stipulation of Dismissal of Third-Party Complaint, which stipulation is incorporated herein by the reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Third-Party Complaint brought by Shaw-Lundquist Associates, Inc. against the United States of America is hereby dismissed, with prejudice, each party to bear its own attorneys fees, costs, and disbursements herein.

Dated:  5/23/05

s/Richard H. Kyle
RICHARD H. KYLE
United States District Court Judge

2