UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patrick J. Sheehan and Joy Sheehan,           Civil No.:  04-3004 (RHK/AJB)
husband and wife,

       Plaintiffs,

vs.

AMB Property L.P., Shaw-Lundquist, CDR,       **ORDER**
A&K Equipment Company, Kehene Electric,
ASI Industrial Door Company,

       Defendants,

and

A&K Equipment Company,

       Third-Party Plaintiff,

vs.

Loading Dock Specialists, Inc. and
Pete's Repair, Inc.,

       Third-Party Defendants,

and

Shaw-Lundquist Associates, Inc.,

       Third-Party Plaintiffs,

vs.

Loading Dock Specialists, Inc., Pete's
Repair, Inc., the United States of America,
The United States Postal Service and
John E. Potter, Postmaster General,

       Third-Party Defendants.

---

Based upon the Stipulation for Partial Dismissal with Prejudice of the parties through counsel, it is hereby Ordered that in accordance with the form and intent set Forth in <u>Pierringer v. Hoeger</u>, 21 Wis.2d 182, 124 N.W.2d 106 (1963) as approved in <u>Frey v. Snelgrove</u>, 269 N.W.2d 918 (Minn. 1978), Defendants Shaw-Lundquist, A&K Equipment Company, and Third-Party Defendant Pete's Repair, Inc. may be dismissed from this action with prejudice, but without costs to any party.

Dated:   7/20/05              By: s/Richard H. Kyle
                                   Judge of the Federal Court