UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Patrick J. Sheehan and Joy Sheehan, husband and wife, | Civil No. 04-3004 (RHK/AJB) |
| Plaintiffs. | |
| vs. | |
| AMB Property L.P., Shaw-Lundquist, CDR, A&K Equipment Company, Kehene Electric, ASI Industrial Door Company | **AMENDED ORDER** |
| Defendants, | |
| and | |
| A&K Equipment Company, | |
| Third-Party Plaintiff, | |
| vs. | |
| Loading Dock Specialists, Inc. and Pete's Repair, Inc., | |
| Third-Party Defendants, | |
| and | |
| Shaw-Lundquist Associates, Inc., | |
| Third-Party Plaintiffs, | |
| vs. | |
| Loading Dock Specialists, Inc., Pete's Repair, Inc., the United States of America, The United States Postal Service and John E. Potter, Postmaster General, | |
| Third-Party Defendants. | |

_____

Based upon the Stipulation for Partial Dismissal with Prejudice of the parties through counsel, it is hereby Ordered that in accordance with the form and intent set

2

forth in <u>Pierringer v. Hoeger</u>, 21 Wis.2d 182, 124 N.W.2d 106 (1963) as approved in <u>Frey v. Snelgrove</u>, 269 N.W.2d 918 (Minn. 1978), Defendants Shaw-Lundquist, Kehne Electric, A&K Equipment Company, and Third-Party Defendant Pete's Repair, Inc. may be dismissed from this action with prejudice, but without costs to any party.

Dated:  July 21, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United State District Judge