UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick J. Sheehan and Joy Sheehan, husband and wife,

   Plaintiff,

vs.

AMB Property, L.P., Shaw-Lundquist, CDR, A&K Equipment Company, Kehene Electric, ASI Industrial Door Company,

   Defendants.

A&K Equipment Company,

   Third-Party Plaintiff,

vs.

Loading Dock Specialists, Inc. And Pete's Repair, Inc.,

   Third-Party Defendants.

and

Shaw-Lundquist Associates, Inc.,

   Third-Party Plaintiffs,

vs.

Loading Dock Skpecialists, Inc., Pete's Repair, Inc., the United States of America, The United States Postal Service and John E. Potter, Postmaster General,

   Third-Party Defendants.

Civil No: 04-3004 (RHK/AJB)

**ORDER**

Based upon the Stipulation for Partial Dismissal With Prejudice of the parties through counsel, it is hereby Ordered that in accordance with the form and intent set forth in <u>Pierringer v. Hoeger</u>, 21 Wis.2d 182, 124 N.W.2d 106 (1963) as approved in <u>Frey v. Snelgrove</u>, 269 N.W.2d 918 (Minn.1978), Defendant AMB Property, L.P. may be dismissed from this action with prejudice, but without cost to any party.

Dated:   8/16/05                                  By: s/Richard H. Kyle
                                                      Judge of Federal Court